1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES, | Case No.: 2:20-cv-11038-JLS-JPR |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SHOYEBUL ISLAM, an Individual; and DOES 1-10, | |
| Defendants. | |

The Court, having granted in part Plaintiff's Motion for Default Judgment (Doc. 21):

1. IT IS ORDERED that judgment is entered for Plaintiff and against Defendant Shoyebul Islam, an individual ("Defendant");

2. IT IS ORDERED and the Court finds that Plaintiff is entitled to relief under the Americans with Disabilities Act of 1990, 42 U.S.C. § 12181, *et seq* ("ADA").

**I. PERMANENT INJUNCTIVE RELIEF**

3. The duties, responsibilities, burdens, and obligations undertaken in connection with this judgment shall apply to Defendant, his affiliates, subsidiaries, successors and assigns, and his officers and employees.

4. Defendant shall, within one hundred and eighty (180) days after the date on which this judgment is entered by the Court, comply with the following conduct requirements:

5. Defendant shall provide accessible parking spaces and access aisles at the "Mexicali Meat Market," located at 2623 San Pedro St., Los Angeles, CA 90011 (the "Property") with surface slopes no greater than 1:48 (2.083%) in compliance with the 2010 and 1991 Americans with Disabilities Act Accessibility Guidelines ("ADAAG").

6. Defendant shall provide an accessible route of travel at the Property with slopes no greater than 1:48 (2.083%) and changes in level no greater than 1/2" in compliance with the 2010 and 1991 ADAAG.

7. Defendant shall provide an accessible business entrance at the Property with a threshold height no greater than 1/2" in compliance with the 2010 and 1991 ADAAG.

II. **ATTORNEYS' FEES**

8. Pursuant to 42. U.S.C. § 12205, Defendant shall pay a total of Two Thousand Eight Hundred Eighty Dollars ($2,880) to Plaintiff within thirty (30) days after the date on which this judgment is entered by the Court.

Dated: July 16, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE